ACCEPTED
12-15-00169-CV
TWELFTH COURT OF APPEALS
TYLER, TEXAS
10/7/2015 2:42:11 PM
Pam Estes
CLERK

## C.A. NO. 12-15-00170-CV

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
10/7/2015 2:42:11 PM
PAM ESTES
Clerk

_____

### IN THE

### COURT OF APPEALS FOR THE STATE OF TEXAS

### TWELFTH SUPREME JUDICIAL DISTRICT

### TYLER, TEXAS

_____

### LINDA ANN PARRISH RICHARDSON and GARY BRUCE RICHARDSON, CO-TRUSTEES OF THE M. C. PARRISH, JR. TESTAMENTARY TRUST *et al*,

#### APPELLANTS

### VS.

### DONALD ROGER MILLS *et al*,

#### APPELLEES

-----------------------------------

### ON APPEAL FROM THE DISTRICT COURT OF

### NACOGDOCHES COUNTY, TEXAS

### 145TH JUDICIAL DISTRICT OF TEXAS

-----------------------------------

### APPELLANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE BRIEF

-----------------------------------

TO THE HONORABLE COURT OF APPEALS:

Linda Ann Parrish Richardson and Gary Bruce Richardson, Co-Trustees of the

M. C. Parrish, Jr. Testamentary Trust, Margaret Wilson Reckling and James Cooke

Wilson, Individually and as Co-Independent Executors of the Estate of Betty Virginia Kiley Wilson, Deceased, and as Co-Trustees of All Trusts Created under the Will of Betty Virginia Kiley Wilson, Judy Cleveland Huppert, Janie Granger Spicer, John K. Hardy, Anne E. Davison, Individually and as Executor of the Estate of Thomas S. Davison, Deceased, Mary Gail Thomas Campbell, John Turner Nevitt, Sr., and Clytie Harris Thomas Phelps (collectively "Parrish Trust Parties") and Ransom Clark Lummis, Frederick R. Lummis Ii, Palmer Bradley Lummis, Robert L. Bradley, Jr., and William R. Lummis, Jr. (collectively "Lummis Parties"), Appellants, file this Application for Extension of Time to File Brief. In support, Appellants show this Court as follows:

## I.

This is an appeal by Appellants of the Final Judgment, Order Overruling Defendants' Motion to Reopen Case and to Correct Stipulation, and Order Overruling Defendants' Motion for Trial Amendment or Amendment to Conform to Issues Tried without Objection, all of which were signed on March 30, 2015, and entered in Cause No. C1127605, *Donald Roger Mills et al vs. EOG Resources, Inc. et al*, by the 145th District Court of Nacogdoches County, Texas.

## II.

Appellants' brief is due to be filed in this Court on or before October 15, 2015.

-2-

## III.

This is the first request filed by Appellants for an extension of time within which to file their brief.

## IV.

Appellants request an extension to November 16, 2015, within which to file their brief.

## V.

Appellants' brief will be a joint brief and pursuant to the understanding and agreement between Parrish Trust Parties and Lummis Parties, Richard Merrill, counsel for Parrish Trust Parties, has been tasked with primary responsibility for drafting Appellants' brief. Both of the undersigned counsel have had various and numerous commitments to handle matters, including litigation matters, for other clients prior to October 15, 2015, which have interfered with and impeded both of the undersigned counsels' ability to complete in a timely and effective manner Appellants' brief in this appeal. In addition, Mr. Merrill had out of state trips scheduled for the periods of September 30th through October 4th and again from October 13th past October 15th, the date this brief is due, both of which were scheduled in mid-July, 2015 and involved the payment by Mr. Merrill of various nonrefundable expenses. Because of such trips and due to the various and numerous

commitments to handle matters, including litigation matters, for other clients during the thirty (30) day period following the filing of the reporter's record in this appeal, Mr. Merrill will be unable to complete in a timely and effective manner Appellants' brief in this appeal by its original due date.

## VI.

Richard Merrill certifies that he has discussed this Motion with Jeffrey Bates, one of the counsel for Appellees, and that, on behalf of Appellees, Mr. Bates consents to this Court granting the extension requested herein by Appellants and does not oppose this Motion. Attached is a copy of the e-mail exchange between Mr. Bates and Mr. Merrill disclosing Appellees' and their counsels' consent.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, Appellants move this Court to extend the deadline on which they must file their brief so that Appellants will have to November 16, 2015 to file Appellants' brief.

Dated this _6th_ day of October, 2015.

Respectfully submitted,

FABIO AND MERRILL

By:_____
 Richard L. Merrill
 TBA #13963500
Twelve Greenway Plaza, Suite 101
Houston, TX 77046-1208
Tel. No.: (713) 961-0408
Fax No.: (713) 961-2934
E-mail: rmerrill@fabiomerrill.com
ATTORNEY FOR APPELLANTS
PARRISH TRUST PARTIES


BOWEN FIRM


By: /s/ Berry Dunbar Bowen
 Berry Dunbar Bowen
 SBOT# 02721050
3014 Brazos Street
Houston, TX 77006
Tel. No.: (713) 521-3525
Fax No.: (713) 521-3575
E-mail: berrybowen@comcast.net
ATTORNEY FOR APPELLANTS
LUMMIS PARTIES

## VERIFICATION

THE STATE OF TEXAS

COUNTY OF HARRIS

BEFORE ME, the undersigned authority, on this day personally appeared RICHARD L. MERRILL, who, being by me first duly sworn, upon his oath stated that he is attorney of record for Appellants Parrish Trust Parties in the above and foregoing Motion, that he has prepared and read the above and foregoing Motion, and that the statements and facts therein contained are true and correct to the best of his knowledge.

Richard L. Merrill

SUBSCRIBED AND SWORN TO BEFORE ME this 6th day of October, 2015.

Notary Public in and for the State of Texas

MARIA ISABEL OLIVO
MY COMMISSION EXPIRES
March 11, 2016

-6-

## CERTIFICATE OF SERVICE

This will certify that on this 6th day of October, 2015, a true copy of the

foregoing has been served in a manner authorized by the Texas Rules of Appellate

Procedure upon the following counsel:

William D. Guidry
Jeffrey B. Bates
Guidry, Bates & Hoyt Attorney's, L.L.P.
118 East Hospital St. Ste. 100
P.O. Box 631178
Nacogdoches, Texas 75963
Fax: (936) 560-5996
E-mail: billguidry@gbhattorneys.com
        bates@gbhattorneys.com

_____
Richard L. Merrill

Subj:      **RE: Parrish Trust et al vs. Mills et al appeal, C.A. NO. 12-15-00170-CV**
Date:      10/7/2015 10:01:43 A.M. Central Daylight Time
From:      bates@gbhattorneys.com
To:        FABIOMERRL@aol.com

No problem at all.  Agreed.


Jeff Bates
Guidry, Bates & Hoyt
118 E. Hospital, Suite 100
Nacogdoches, Texas  75961
936/560-6954 phone
936/560-5996 fax

---

**From:** FABIOMERRL@aol.com [mailto:FABIOMERRL@aol.com]
**Sent:** Tuesday, October 06, 2015 4:54 PM
**To:** bates@gbhattorneys.com
**Subject:** Parrish Trust et al vs. Mills et al appeal, C.A. NO. 12-15-00170-CV

Jeff,

I am not going to be able to finish the appellants' brief by its due date of October 15th.  After I got back from Russia at the end of August, I have had a jury trial, another case which was set for trial but got reset at the last minute (but not sufficiently far in advance to keep me from having had to prepare for trial), as well as a ton of other client work which has had to be finalized due to various deadlines. I also was out of the office most of last week and will be out of the office starting next Tuesday for a week, both of which had been on my calendar for the last 3-4 months.  I therefore am asking if I can list you not only as unopposed to the motion but also as giving your consent to the court's granting of my motion to extend the deadline for filing the appellants' brief to Monday, November 16, 2015.

I know that Bill is out of the country on his vacation and I hope he is having a wonderful time.  Otherwise, I would have addressed this email to him.  However, I need to go ahead and file my motion before he returns to the States and would appreciate a prompt response from you.

Obviously, I will extend the same courtesies to Bill and you with regard to approving an extension should you need one for filing of your brief.

Thanks,

Richard L. Merrill
Fabio & Merrill
Twelve Greenway Plaza, Suite 101
Houston, Texas 77046-1208
telephone: 713-961-0408
fax: 713-961-2934
www.fabioandmerrill.com

WARNING: Computer viruses can be transmitted via e-mail. The recipient should check this e-mail and any attachments for the presence of viruses. The sender accepts no liability for any damage caused by any virus transmitted by this e-mail.

CONFIDENTIALITY NOTICE:  The information contained in this e-mail is confidential information that is legally privileged and intended only for the use of the above-named recipient.  If the reader of this e-mail is not the named recipient or an employee or agent responsible for delivering this e-mail to the named recipient, you are hereby notified that any review, disclosure, copying, and distribution of this e-mail is strictly prohibited. If you have received this e-mail in error, please notify us immediately by telephone or e-mail to arrange for the return of this e-mail to us and delete it from your system. Further, this e-mail has not been encrypted and e-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission. In the event that the above-named recipient wishes to have future e-mail communications encrypted, the above-named recipient will need to notify the sender to establish encryption protocols. Thank You.